1  Todd M. Touton, Esq., #1744
   LIONEL SAWYER & COLLINS
2  1700 Bank of America Plaza
   300 South Fourth Street
3  Las Vegas, NV 89101
   Phone: (702) 383-8888/ Fax: (702) 383-8845
4  ttouton@lionelsawyer.com

5  Attorneys for Plaintiff

6  Jeffrey A. Silvestri (NV #5779)
   Kathleen M. Drakulich (NV #2759)
7  MCDONALD CARANO WILSON
   2300 W. Sahara Avenue, Suite 1000
8  Las Vegas, NV 89102
   Phone: 702-873-4100Fax: 702-873-9966
9  jsilvestri@mcdonaldcarano.com
   kdrakulich@mcdonaldcarano.com
10
   Attorneys for Defendants
11

12              **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**
13
   PIONEER AMERICAS LLC,                    )
14                                          )        2:10-cv-01402-RLH-(LRL)
              Plaintiff/Counter-Defendant,  )
15                                          )
   v.                                       )
16                                          )        **DISCOVERY PLAN AND**
   SAGUARO POWER COMPANY, A                 )        **SCHEDULING ORDER**
17 LIMITED PARTNERSHIP, EASTERN             )        **SUBMITTED IN**
   SIERRA ENERGY COMPANY,                   )        **COMPLIANCE WITH FRCP**
18 BLACK MOUNTAIN POWER                     )        **26(f) and LR 26-1(e)**
   COMPANY, LLC and                         )
19 PARAGON SAGUARO LLC                      )        **[SPECIAL SCHEDULING**
                                            )        **[REVIEW REQUESTED]**
20          Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP") and Local

21 Rule 26-1, Plaintiff Pioneer Americas LLC ("Plaintiff" or "Pioneer") and Defendants

22 Saguaro Power Company, Eastern Sierra Energy Company, Black Mountain Power

23

24 Company, LLC and Paragon Saguaro LLC (Defendants" or collectively "Saguaro"), by

25 and through their respective counsel of record, hereby submit this joint Rule 26(f) Report

26

27 ("Discovery Plan").

28

## I.    LOCAL RULE 26-1(d) STATEMENT RE SPECIAL SCHEDULING REVIEW

Plaintiff's Amended Complaint and Defendants' Counterclaims relate to one in a series of contracts between the parties involving Plaintiff's chlor-alkali facility and Defendants' adjacent electricity and steam co-generation facility in Henderson, Nevada. Plaintiff contends that a 1991 contract, as since amended, provides for the sale to Defendants' facility of certain quantities of hydrogen gas that is generated in Plaintiff's manufacturing process. Plaintiff further contends that the contract requires the Defendants to either take the full contract quantity of hydrogen gas if tendered to Defendants or to pay for that tendered contract quantity even if not taken, and that Plaintiff has, in fact, tendered hydrogen per the contract. In their Counterclaims, Defendants contend that the contract has been modified by the parties' course of performance so that there is no "take or pay" obligation, or in the alternative, that Plaintiff has waived its ability to enforce the "take or pay" provision of the contract by its failure to do so in the past, and seek a declaratory judgment to that effect. Defendants also seek a declaratory judgment that the word "tender," as used in the contract, requires Plaintiff to deliver hydrogen gas of a specific quality and at a specific pressure, among other things, and that Plaintiff has failed to do so.

To resolve the issues in the case, the parties will need to locate, retrieve and review historical production records that relate to the quantum of hydrogen available for consumption at the Defendants' co-generation facility over an extended period of years,

the quantum of hydrogen consumed by the Defendants, the pressure at which the hydrogen was maintained and tendered, the bases for the historical invoicing of hydrogen, and documents relating to the design, construction and engineering of Defendants' facility at the time it was built in the late 1980s and early 1990s. The parties also anticipate depositions of individuals with knowledge of these issues. The parties have already begun to identify and locate relevant documents, data, and individuals, but anticipate that it will be time consuming given the volume of historical material to locate, review and evaluate.

Accordingly, the parties respectfully request a 240-day fact discovery period, extending to July 29, 2011.

The parties believe that expert testimony will be required and that the experts' opinions will depend to a large extent on the documents and testimony disclosed during fact discovery. Accordingly, the parties request that following the close of fact discovery, there be a 90 day period for disclosure of expert reports and expert depositions, extending to October 21, 2011.

## II.   INITIAL DISCLOSURES [Rule 26(f)(3)(A)]

Pursuant to Rule 26(a)(1)(A)(i), the parties agree to exchange the information regarding party witnesses only by December 17, 2010. The information set forth in Rule 26(a)(1)(A)(iii) has already been provided as exhibits to the Amended Complaint. The parties agree to forgo the exchange of information set forth in Rule 26(a)(1)(A)(ii).

## III.   DISCOVERY PLAN [Rule 26(f)(3)(B)]

Discovery is needed for all issues raised in Plaintiff's Amended Complaint and Defendants' Answer and Counterclaims.

A.      Fact Discovery Cut-Off:  July 29, 2011.

B.      Limitations on Discovery: Plaintiff and all Defendants as a group shall be limited to 15 depositions each plus Rule 30(b)(6) depositions.  Depositions shall be limited to 7 hours.

## IV.   DISCLOSURE OR DISCOVERY OF ELECTRONICALLY-STORED INFORMATION [Rule 26(f)(3)(C)]

The parties are unaware of any issues regarding the disclosure or discovery of electronically-stored information at this point.

## V.   OTHER MATTERS

A.      Claims of privilege or protection [Rule 26(f)(3)(D)]

The parties will prepare an agreed upon protective order to present to the Court.

B.      Amending pleadings and adding parties [LR 26-1(e)(2)]:  April 29, 2011

C.      Expert disclosures [LR 26-1(e)(3)]

      1.      Initial Expert Disclosures:        September 2, 2011

      2.      Rebuttal Expert Disclosures:    October 4, 2011

      3.      Expert Discovery Cutoff:          October 21, 2011.

D.      Dispositive Motions [LR 26-1(e)(4)]:  November 18, 2011

E.      Joint Pre-Trial Order [LR 26-1(e)(5)]: December 23, 2011

In the event that the Court has not yet issued a decision regarding a dispositive motion prior to the date for filing the joint pretrial order, that deadline shall be suspended

1  until thirty (30) days after the decision of the dispositive motions or further order of the

2  Court.

3

4                                      **IT IS SO ORDERED**

5

6  Dated: December 16 , 2010.

7                                      _____
                                       UNITED STATES MAGISTRATE JUDGE

8  **Submitted By:**

9
10  Dated: December __/__, 2010.        LIONEL SAWYER & COLLINS

11                          By:    /s/ Todd M. Touton_____
                                   Todd M. Touton
12                                 Nevada Bar No. 1744
                                   1700 Bank of America Plaza
13                                 300 South Fourth Street
                                   Las Vegas, Nevada 89101
14                                 Telephone: (702) 383-8888
                                   Facsimile: (702) 383-8845
15                                 Email: ttouton@lionelsawyer.com

16                                 Of Counsel

17                                 HUSCH BLACKWELL LLP
                                   Michael H. Wetmore
18                                 190 Carondelet Plaza, Suite 600
                                   St. Louis, MO 63105
19                                 Telephone: 314-480-1500
                                   Facsimile: 314-480-1505
20                                 michael.wetmore@huschblackwell.com

21                                 Gregory Leitner
                                   Caroline Stefaniak, Esq.
22                                 736 Georgia Avenue, Suite 300
                                   Chattanooga, TN 37402
23                                 Telephone: 423-266-5500
                                   Facsimile: 423-266-5499
24                                 gregory.leitner@huschblackwell.com
                                   carrie.stefaniak@huschblackwell.com
25
26                                 Attorneys for Plaintiff PIONEER
                                   AMERICAS, LLC, d/b/a OLIN CHLOR
27                                 ALKALI PRODUCTS

28

Dated: December ___*l*___, 2010       MCDONALD CARANO WILSON LLP


By:    /s/ Jeffrey A. Silvestri
          Jeffrey A. Silvestri (NV #5779)
          Kathleen M. Drakulich (NV #2759)
          2300 W. Sahara Avenue, Suite 1000
          Las Vegas, NV 89102
          Telephone: 702-873-4100
          Facsimile: 702-873-9966
          jsilvestri@mcdonaldcarano.com
          kdrakulich@mcdonaldcarano.com

Of Counsel

STOEL RIVES LLP
Jeremy D. Sacks
Reilley D. Keating
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: 503-224-3380
Facsimile: 503-220-2480
jdsacks@stoel.com
rdkeating@stoel.com

Attorneys for Defendants SAGUARO POWER COMPANY, EASTERN SIERRA ENERGY COMPANY, BLACK MOUNTAIN POWER COMPANY LLC AND PARAGON SAGUARO LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Husch Blackwell LLP, and on this 1st day of December, 2010, I caused a true and correct copy of the Discovery Plan and Scheduling Order Submitted in Compliance with FRCP 26(f) and LR 26-1(e) to be served electronically via the U.S. District Court's CM/ECF system upon the parties listed on the U.S. District Court's Notice of Electronic Filing ("NEF") service list in the above-captioned case.

Jeffrey A. Silvestri
MCDONALD CARANO WILSON
Suite 1000
Las Vegas, NV  89102

Attorney for Defendants/Counterclaimants
Saguaro Power Company LP, Eastern Sierra Energy
Company, Black Mountain Power Company, LLC
Paragon Saguaro LLC
jsilverstri@mcdonaldcarano.com

Jeremy D. Sacks
Stoel Rives LLP
900 SW Fifth Ave., Ste. 2600
Portland, OR  97204

Attorney for Defendants/Counterclaimants
Saguaro Power Company LP, Eastern Energy
Company, Black Mountain Power Company, LLC
Paragon Saguaro LLC

An employee of Husch Blackwell LLP