# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PIONEER AMERICAS, LLC,                    )
                                          )
                          Plaintiff,      )        Case No. 2:10-cv-01402-RLH-GWF
                                          )
vs.                                       )
                                          )
SAGUARO POWER COMPANY, *et al.,*          )
                                          )
                          Defendants.     )
_____ )

  This matter came before the Court on a status conference held on November 3, 2011, regarding the Stipulation and Proposed Order to Extend Discovery and Litigation Schedule (#35). The Court granted the Stipulation and Proposed Order to Extend Discovery and Litigation Schedule (#35) on November 3, 2011.  After oral argument by counsel, and good cause appearing,

  **IT IS ORDERED** that the parties are to participate in a mediation conference through a mutually agreeable mediator no later than **February 1, 2012**.

  DATED this 3rd day of November, 2011.


_____
GEORGE FOLEY, JR.
United States Magistrate Judge