# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PIONEER AMERICAS, LLC,

                Plaintiff,

vs.

SAGUARO POWER COMPANY, *et al.,*

                Defendants.

Case No. 2:10-cv-01402-RLH-GWF

       This matter came before the Court on a status conference held on November 3, 2011, regarding the Stipulation and Proposed Order to Extend Discovery and Litigation Schedule (#35). The Court granted the Stipulation and Proposed Order to Extend Discovery and Litigation Schedule (#35) on November 3, 2011. After oral argument by counsel, and good cause appearing,

       **IT IS ORDERED** that the parties are to participate in a mediation conference through a mutually agreeable mediator no later than **February 1, 2012**.

       DATED this 3rd day of November, 2011.

                                                    GEORGE FOLEY, JR.
                                                   United States Magistrate Judge